## BLAKE v. STATE.
### No. 26075.

Court of Criminal Appeals of Texas.
Nov. 26, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving while intoxicated, with a fine of $100.

There are no bills of exception and no statement of facts in the record brought forward on appeal. The proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed.